IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE FREEMAN, JR.,

      Appellant,

v.

CERTISTAFF INC./
BRIDGEFIELD CASUALTY
INSURANCE COMPANY,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0812

_____/

Opinion filed July 10, 2017.

An appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident:  March 14, 2016.

George Freeman, Jr., pro se, for Appellant.

Donald S. Bennett of Banker, Lopez, Gassler, P.A., Tampa, for Appellees.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.